---------- Forwarded message ----------
From: "Ethan McComb" <Ethan.McComb@corclearing.com>
Date: Thu, Mar 7, 2019 at 11:55 AM -0500
Subject: Scott Reynolds/COR Clearing
To: "Scott Reynolds" <sreynolds@spartansecurities.com>, "Dave Lopez" <dlopez@spartansecurities.com>
Cc: "Jeff Sime" <Jeff.Sime@corclearing.com>


Scott:


Thank you for your agreement this morning made to COR Clearing concerning the short position and deficit currently reflected in Spartan Securities Group Ltd.'s error account.


In sum, you have agreed to provide COR $2 million prior to 1pm EST today via Spartan to cover the current shortfall in the account with a further commitment to cover the entire remainder of the shortfall, and will execute agreement to memorialize the same which shall include an agreement by you to COR to pledge cash and securities in an account you maintain with TD Ameritrade, account number 488-491272 (a copy of your account statement is enclosed with this email).


In reliance on these commitments made by you, COR has allowed you and Spartan to keep the position open in order address the current deficit.


We are drafting an agreement for you to execute to formalize your pledge and guarantee of the cash and securities in your TD Ameritrade account to COR to meet the shortfall. In the meantime, you have agreed not to transfer any assets from your TD account to a third party or withdraw any assets from the account other than to send them

party or withdraw any assets from the account other than to send them to COR as outlined herein, and will contact TD to inform them of your pledge and agreement made to COR.

COR reserves all of its rights to seek legal recourse against you and Spartan arising from this shortfall and deficit.

Thanks,

Ethan

Ethan McComb

Corporate Counsel

402-836-0850 l COR Clearing LLC

1299 Farnam Street

Omaha, NE 68102

This email and any attachments may be confidential, privileged or otherwise exempt from disclosure under applicable law. No confidentiality or privilege is waived or lost by any transmission errors. This communication is intended solely for the intended recipient, and if you are not the intended recipient, please notify the sender immediately by return email, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Unauthorized reading, dissemination, distribution or copying of this communication is prohibited. COR Clearing LLC does not guarantee the security of any information transmitted through email and is not liable for any interception, corruption or delays. COR Clearing does not make investment recommendations or decisions, nor offer advice including without limitation investment, legal or tax advice. COR Clearing LLC. Member FINRA & SIPC. All Rights Reserved.

--

Ford O'Brien, LLP
575 Fifth Avenue, Fl. 17.
New York, NY 10017
aford@fordobrien.com
(212) 858-0040 (office)



Reynolds - TD Ameritrade.pdf