UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-20979-MOORE/Becerra

AXOS CLEARING LLC

        Plaintiff,
  v.

SCOTT REYNOLDS, an individual; and
SRR FORTRESS CAPITAL, LLC,
a Florida limited liability company

        Defendants.
_____/

## AXOS CLEARING LLC's CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Axos Clearing LLC submits this Corporate Disclosure Statement and certifies that Axos Clearing LLC is a wholly owned subsidiary of Axos Financial, Inc., a publicly traded corporation.

Date: April 30, 2019          Respectfully submitted,

/s/ *Andre J. Cronthall*          /s/ *Trevor C. Jones*
Polly Towill          Jason S. Oletsky
Cal. Bar. No. 120420          Fla. Bar. No. 009301
*Admitted Pro Hac Vice*          jason.oletsky@akerman.com
ptowill@sheppardmullin.com          Christopher S. Carver
Andre J. Cronthall          Fla. Bar No. 993580
Cal. Bar No. 117088          christopher.carver@akerman.com
*Admitted Pro Hac Vice*          Trevor C. Jones
acronthall@sheppardmullin.com          Fla. Bar. No. 092793
SHEPPARD, MULLIN, RICHTER &          trevor.jones@akerman.com
HAMPTON LLP          AKERMAN LLP
333 South Hope Street, 43rd Floor          350 E. Las Olas Blvd., Ste. 1600
Los Angeles, CA 90071          Fort Lauderdale, Florida 33301
Telephone: (213) 620-1780          Telephone: (954) 463-2700
Facsimile: (213) 620-1398          Facsimile: (954) 463-2224

*Attorneys for Plaintiff Axos Clearing LLC*      *Attorneys for Plaintiff Axos Clearing LLC*