# EXHIBIT 6

# EXHIBIT A

Case 1:19-cv-20979-KMM   Document 31-21   Entered on FLSD Docket 03/12/2019   Page 2 of 16

## AFFIDAVIT OF ETHAN McCOMB

I, Ethan McComb, declare under penalty of perjury under the laws of the State of Nebraska and the United States of America that the following is true and correct:

1.    I am over the age of eighteen (18) years.  I have personal knowledge of the facts stated within this Affidavit.  If called as a witness, I could and would competently testify to these facts.

2.    I am Corporate Counsel for COR Clearing LLC (now known as Axos Clearing LLC) ("Axos Clearing").  Axos Clearing is a full service clearing firm that provides a brokerage and clearing platform to its broker-dealer and registered investment advisor correspondents. Among the correspondents for which Axos Clearing performs securities clearing services is Spartan Securities Group, Ltd. ("Spartan"), a broker/dealer registered with the Financial Industry Regulatory Authority.

3.    Beginning on or around March 7, 2019, I learned that Scott Reynolds, a registered representative of Spartan, had acquired substantial "short" positions in Bio-Path Holdings, Inc. (traded on the NASDAQ under the ticker "BPTH").

4.    By March 7, 2019, Reynolds' trading position in BPTH resulted in a net trading loss of approximately $16,600,000, and a resulting firm inventory account deficiency to the detriment of Axos Clearing.

5.    Early on March 7, 2019, through various communications involving some combination of myself, Axos Clearing management, Spartan management (and particularly David Lopez), and Reynolds, Reynolds acknowledged his responsibility for the unauthorized trading and the short-sale trading losses, and the injury he caused to Axos Clearing.  Specifically, Reynolds agreed to cover the firm inventory account deficiency created by him including by granting Axos Clearing the right to funds in an account he maintained at TD Ameritrade in the name of SRR Fortress LLC, for which I am informed and believe Reynolds is the sole member

(the "Pledged Account").  Reynolds further agreed not to transfer any assets from the TD Ameritrade account to any third party or to withdraw any cash or securities from the account other than to send them to Axos Clearing pursuant to the pledge.

6.     Reynolds' agreement to make Axos Clearing whole was communicated to Axos Clearing by Lopez, and I understand included the following components:

a.  Reynolds requested that Axos Clearing keep Spartan's trading position open to address the deficit in Spartan's trading account at Axos Clearing, which at that time was in excess of $14,000,000.  To induce Axos Clearing to do so, Reynolds agreed to pay, or cause to be paid, $2,000,000 from the TD Ameritrade account before 1:00 pm Eastern Standard Time (EST) that same day.  The funds were to be wired directly to Axos Clearing.

b.  As further inducement, Reynolds pledged all the cash and securities in the TD Ameritrade account to Axos Clearing, which, per the account statement, showed a closing balance of $13,506,672.93 as of January 31, 2019.

c.  Reynolds also represented that he would execute an agreement to memorialize this asset pledge and guarantee in writing.

7.     At 11:53 a.m. EST on March 7, 2019, I sent an e-mail memorializing my understanding of the agreement to Reynolds.  A true and correct copy of my e-mail is attached hereto as Exhibit 1.

8.     In reliance on Reynolds' commitments, Axos Clearing allowed Reynolds and Spartan to keep the "short" position in BPTH open in order to address the deficit.

9.     At 1:00 p.m. EST on March 7, 2019, Reynolds failed to pay, or to cause the payment of, $2,000,000 to Axos Clearing, as he had promised.

10.     On March 7, 2019, I sent an e-mail to counsel for TD Ameritrade in order to place TD Ameritrade on notice of Reynolds' pledge agreement with Axos Clearing and Axos Clearing's interest in and claim to the assets in the TD Ameritrade account.  I also requested that

TD Ameritrade freeze the account so that Reynolds could not transfer any assets out of the account in breach of his obligations to Axos Clearing.

11.     Later that same day, I spoke with TD Ameritrade, through its counsel.  TD Ameritrade informed me that Reynolds had made attempts that day to remove the funds from his TD Ameritrade account, and that my e-mail request to implement a freeze on the account was well timed given Reynolds' recent and repeated requests to remove the funds.

12.     In other words, Reynolds, instead of fulfilling or attempting to fulfill his agreement with Axos Clearing, attempted to withdraw the funds from the TD Ameritrade account that were specifically pledged to Axos Clearing (for the losses suffered as a result of Reynolds' unlawful and unauthorized trades).  These pledged amounts represented a specific debt due and owing to Axos Clearing.

13.     I informed TD Ameritrade that Axos Clearing would seek judicial relief to prevent dissipation of the account by Reynolds, in light of his already demonstrated intent to do so.  TD Ameritrade, through its counsel, confirmed that they would temporarily block withdrawal of funds from the account due to the potential fraud, pending notification of such relief.

14.     TD Ameritrade further confirmed that roughly $13,000,000 remained in Reynolds' account.

15.     In an attempt to settle the dispute, Axos Clearing, Reynolds and SRR Fortress, LLC entered into a Settlement Agreement and Release, dated March 8, 2019 (the "Settlement Agreement").  Through the Settlement Agreement, Reynolds and SRR Fortress, LLC expressly agreed, in part, to wire $7,500,000 to Axos Clearing no later than March 8, 2019 at 8:00 p.m. Eastern Standard Time.

16.     The Settlement Agreement further provided that Reynolds and SRR Fortress, LLC pledge assets totaling $7,500,000 from the Pledged Account as an assurance that Axos Clearing would be wired the $7,500,000.

17.     Notwithstanding the execution of the Settlement Agreement, Defendants failed to wire the $7,500,000 from the Pledged Account as required. Accordingly, the $7,500,000 debt sought in the Complaint is just, due, and unpaid.

18.     I was informed by TD Ameritrade mid-day on Monday, March 11, 2019 that Reynolds had contacted TD Ameritrade and informed them that he did **not** intend to liquidate the non-cash securities positions in the Pledged Account. I understand that the roughly $13,000,000 million that was in Reynolds' account was made up of some combination of liquid assets (i.e., cash) and positions in securities that would first require liquidation. Given Reynolds' apparent intention not to liquidate his securities positions, I am informed and believe that Defendants do not have $7.5 million in liquid cash in the Pledged Account.

19.     I spoke with counsel for TD Ameritrade again on Wednesday, March 13, 2019. TD Ameritrade informed me that Reynolds, through counsel, was demanding that the freeze be lifted from the Pledged Account so that he could remove the funds. Counsel stated that absent a court order she could not guarantee the funds would continue to be held.

20.     We have been unable to ascertain any other intangible property located in the State of Florida and in Miami-Dade, Broward or Palm Beach County on which a levy can be made sufficient to satisfy Axos Clearing's claims.

21.     Upon information and belief, Defendants' only tangible asset located in this District is a residential home located at 40 West San Marino Drive, Miami Beach, Florida 33139, which is encumbered by a $6,500,000.00 mortgage with a 2018 Miami-Dade Property Appraiser assessed value of $4,371,791.00, and which is partially subject to Florida's Homestead Exemption.

22.     Based on the aforementioned conduct of Reynolds and SRR Fortress, LLC, Axos Clearing believes that they will not have in their possession, after execution is issued, tangible or intangible property in this State and in Miami-Dade, Broward, or Palm Beach County on which a levy can be made sufficient to satisfy Axos Clearing's claim for over $7,500,000.00.

23.     The garnishment is not sought to injure either Defendants or Garnishee TD

Ameritrade.

By: _J. ⟨+McC⟩ _____

James Ethan McComb

### NOTARY ACKNOWLEDGMENT

STATE OF ILLINOIS            )
                             )
Cook County                  )

On _03/15/2019_____, before me, the undersigned, a notary public for the State of

___IL_____, personally appeared _James ∧ McComb____, personally known
                                          Ethan  BK

to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is

subscribed to this instrument, and acknowledged by me that he executed this instrument in his

authorized capacity, and that by his signature on the instrument the person, or the entity on

behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

NOTARY SEAL

BASILIOS KOUSIANTAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
AUGUST 18, 2020

_____

Notary Public

My Commission Expires: _August 18, 2020_

# EXHIBIT B

| From: | LaTisha.Hough@tdameritrade.com |
|---|---|
| To: | GGarrabrants@axosbank.com; Ethan McComb; Amanda.Wright@tdameritrade.com |
| Cc: | EBar-Adon@axosbank.com; Polly Towill; Jeff Sime; AMicheletti@axosbank.com |
| Subject: | RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital |
| Date: | Monday, March 11, 2019 12:19:42 PM |

Thought I should let you know. I received an update from the Account Rep. Mr. Reynolds just called him back and is not going to take any action, or sell any positions, at this time. He did provide contact information for his attorneys. Please let me know if you would like me to forward that information to you should you not already have it.

Thanks.

~LaTisha Hough, Paralegal


-----Original Message-----
From: Greg Garrabrants [mailto:GGarrabrants@axosbank.com]
Sent: Monday, March 11, 2019 1:52 PM
To: Hough, LaTisha R; Ethan.McComb@corclearing.com; Wright, Amanda H
Cc: Eshel Bar-Adon; PTowill@sheppardmullin.com; Jeff Sime; Andy Micheletti
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Thank you.

-----Original Message-----
From: LaTisha.Hough@tdameritrade.com <LaTisha.Hough@tdameritrade.com>
Sent: Monday, March 11, 2019 11:51 AM
To: Greg Garrabrants <GGarrabrants@axosbank.com>; Ethan.McComb@corclearing.com; Amanda.Wright@tdameritrade.com
Cc: Eshel Bar-Adon <EBar-Adon@axosbank.com>; PTowill@sheppardmullin.com; Jeff Sime <jeff.sime@corclearing.com>; Andy Micheletti <AMicheletti@axosbank.com>
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital


Caution: This Email Originated From Non-Axos Network. Think before you open attachments or click on links from unknown senders or unexpected emails.


You are welcome. For clarification, Mr. Reynolds was in contact earlier today regarding selling positions, however, he has not since called back to give authority and instruction on what positions to sell.

To ensure your security interest in the account, I placed full restrictions on the account last week wherein he cannot even liquidate a position without our/Legal's approval.

The Senior Account Representative working with Mr. Reynolds and myself is closely monitoring this situation. We will keep you updated with any new information we receive.

Thank you.

~LaTisha Hough, Paralegal



-----Original Message-----
From: Greg Garrabrants [mailto:GGarrabrants@axosbank.com]
Sent: Monday, March 11, 2019 1:48 PM
To: Hough, LaTisha R; Ethan.McComb@corclearing.com; Wright, Amanda H
Cc: Eshel Bar-Adon; PTowill@sheppardmullin.com; Jeff Sime; Andy Micheletti
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

LaTisha:

Thank you so much for your help.

We will call him to ask that he complies with our settlement agreement and that he liquidates those positions.

As we described on Friday and, in the settlement agreement, we provided you Mr. Reynolds has granted us a security interest in this account until we are paid those monies.

Please ensure you continue to hold the account.

Regards,

Greg

-----Original Message-----
From: LaTisha.Hough@tdameritrade.com <LaTisha.Hough@tdameritrade.com>
Sent: Monday, March 11, 2019 11:43 AM
To: Ethan.McComb@corclearing.com; Amanda.Wright@tdameritrade.com; Greg Garrabrants <GGarrabrants@axosbank.com>
Cc: Eshel Bar-Adon <EBar-Adon@axosbank.com>; PTowill@sheppardmullin.com; Jeff Sime <jeff.sime@corclearing.com>; Andy Micheletti <AMicheletti@axosbank.com>

Case 1:19-cv-20979-KMM   Document 31-2   Entered on FLSD Docket 04/02/2019   Page 15 of 16

Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Caution: This Email Originated From Non-Axos Network. Think before you open attachments or click on links from unknown senders or unexpected emails.

Good afternoon, Mr. McComb. Mr. Reynolds does not have enough cash in his account to cover the $7.5 million wire at this time, nor has he contacted the account rep we have assigned to him to instruct on positions to sell. Normally, when TDA receives a wire request like this and the account does not have enough cash to honor the wire request, we would simply reject the wire request. We are holding on to this wire request as an exception to our policy until Mr. Reynolds calls in to liquidate positions. Once Mr. Reynolds does contact us to sell the positions, depending on which ones he sells, we still might have to wait 2 to 3 days for them to clear the account for the cash to be available to advance the wire.

We will continue to monitor this situation and keep you updated should any changes occur. In the meantime, please do not hesitate to contact me should you have any questions or need further assistance in the matter.

Thank you.

~LaTisha Hough, Paralegal

-----Original Message-----
From: Ethan McComb [mailto:Ethan.McComb@corclearing.com]
Sent: Monday, March 11, 2019 1:25 PM
To: Wright, Amanda H; GGarrabrants@axosbank.com
Cc: EBar-Adon@axosbank.com; PTowill@sheppardmullin.com; Jeff Sime; AMicheletti@axosbank.com; Hough, LaTisha R
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Amanda, any updates on progress of wire going through?
Thanks,
Ethan

-----Original Message-----
From: Amanda.Wright@tdameritrade.com <Amanda.Wright@tdameritrade.com>
Sent: Monday, March 11, 2019 11:26 AM
To: GGarrabrants@axosbank.com; Ethan McComb <Ethan.McComb@corclearing.com>
Cc: EBar-Adon@axosbank.com; PTowill@sheppardmullin.com; Jeff Sime <Jeff.Sime@corclearing.com>; AMicheletti@axosbank.com; LaTisha.Hough@tdameritrade.com
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

He has been talking to us today about liquidating some positions. That's in progress.

Sent with BlackBerry Work
(https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blackberry.com&d=DwIFAg&c=nulvIAQnC0yOOjC0e0NVa8TOcyq9jNhjZ156R-JJU10&r=1ZErcUBhzq-F049Sxx1Ggft1JLmTtdDl_rP1p7DN0sU&m=Fj1lgt2cDpoWZj6_q2XEGbe8ZiXUG0JaTUX3JH5q74k&s=XiKiClMBBEK7E8bh6qhsRffM0yYchSKzE650VGaYIfI&e=)

From: Greg Garrabrants <GGarrabrants@axosbank.com<mailto:GGarrabrants@axosbank.com>>
Date: Monday, Mar 11, 2019, 9:09 AM
To: Ethan McComb <Ethan.McComb@corclearing.com<mailto:Ethan.McComb@corclearing.com>>
Cc: Wright, Amanda H <Amanda.Wright@tdameritrade.com<mailto:Amanda.Wright@tdameritrade.com>>, Eshel Bar-Adon <EBar-Adon@axosbank.com<mailto:EBar-Adon@axosbank.com>>, PTowill@sheppardmullin.com <PTowill@sheppardmullin.com<mailto:PTowill@sheppardmullin.com>>, Jeff Sime <jeff.sime@corclearing.com<mailto:jeff.sime@corclearing.com>>, Andy Micheletti <AMicheletti@axosbank.com<mailto:AMicheletti@axosbank.com>>
Subject: Re: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Amanda:

Does Mr. Reynolds have enough liquid cash to send the $7.5 million? If not, do you need instructions from him to close out of positions?

Thanks,

Greg

On Mar 11, 2019, at 9:53 AM, Ethan McComb <Ethan.McComb@corclearing.com<mailto:Ethan.McComb@corclearing.com>> wrote:

Hi Amanda,

We are still waiting for Reynolds to wire the $7.5 million in cash to our account as specified in the settlement agreement. Can you please advise how TD is taking instructions from Reynolds in the event there is insufficient cash in the account to make the wire today? As Greg outlined below, we just want to make sure assets do not leave the account in a manner that would allow Reynolds to breach or circumvent his agreement with us, including his agreement to pay the $7.5 million.

Thanks again,
Ethan

Ethan McComb
Corporate Counsel
402-836-0850 | COR Clearing LLC
1299 Farnam Street
Omaha, NE 68102

From: Amanda.Wright@tdameritrade.com<mailto:Amanda.Wright@tdameritrade.com>
<Amanda.Wright@tdameritrade.com<mailto:Amanda.Wright@tdameritrade.com>>
Sent: Sunday, March 10, 2019 12:19 PM
To: GGarrabrants@axosbank.com<mailto:GGarrabrants@axosbank.com>
Cc: Ethan McComb <Ethan.McComb@corclearing.com<mailto:Ethan.McComb@corclearing.com>>; EBar-Adon@axosbank.com<mailto:EBar-Adon@axosbank.com>;
PTowill@sheppardmullin.com<mailto:PTowill@sheppardmullin.com>; Jeff Sime <Jeff.Sime@corclearing.com<mailto:Jeff.Sime@corclearing.com>>
Subject: RE: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Understood; thank you. I'll be in a conference all day on Monday and Tuesday, so email will be the best route to reach me. If necessary, we can schedule a call.

From: Greg Garrabrants [mailto:GGarrabrants@axosbank.com]
Sent: Friday, March 08, 2019 4:38 PM
To: Wright, Amanda H
Cc: Ethan McComb; Eshel Bar-Adon; Polly Towill (PTowill@sheppardmullin.com<mailto:PTowill@sheppardmullin.com>); Jeff Sime
Subject: Settlement agreement with Scott Reynolds and SRR Fortress Capital

Amanda:

Attached please find the signed settlement agreement between COR and Mr. Reynolds and SRR Fortress Capital, LLC.

Mr. Reynolds has agreed to create a security interest in the account in an amount equal to $7.5 million dollars for the benefit of Axos Clearing.

He is required to wire out $7.5 million of cash from the account on Monday.

He is uncertain if he will have that much cash in the account at that time, but he believes he will be close to having that amount given some options expirations that he is expecting.

If he does not have the $7.5 million, the settlement agreement creates a security interest and requires him to execute other documents (such as a pledge agreement) in order to ensure we receive $7.5 million dollars of cash from the account.

I would appreciate it if you do not release the hold on the account until we discuss the process to effectuate the terms of this settlement agreement.

Have a nice weekend.

I will call you on Monday to discuss.

Regards,

Greg

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.
This email and any attachments may be confidential, privileged or otherwise exempt from disclosure under applicable law. No confidentiality or privilege is waived or lost by any transmission errors. This communication is intended solely for the intended recipient, and if you are not the intended recipient, please notify the sender immediately by return email, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Unauthorized reading, dissemination, distribution or copying of this communication is prohibited. COR Clearing LLC does not guarantee the security of any information transmitted through email and is not liable for any interception, corruption or delays. COR Clearing does not make investment recommendations or decisions, nor offer advice including without limitation investment, legal or tax advice. COR Clearing LLC. Member FINRA & SIPC. All Rights Reserved. CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.
CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.
This email and any attachments may be confidential, privileged or otherwise exempt from disclosure under applicable law. No confidentiality or privilege is waived or lost by any transmission errors. This communication is intended solely for the intended recipient, and if you are not the intended recipient, please notify the sender immediately by return email, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. Unauthorized reading, dissemination, distribution or copying of this communication is prohibited. COR Clearing LLC does not guarantee the security of any information transmitted through email and is not liable for any interception, corruption or delays. COR Clearing does not make investment recommendations or decisions, nor offer advice including without limitation investment, legal or tax advice. COR Clearing LLC. Member FINRA & SIPC. All Rights Reserved.

CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.


CONFIDENTIALITY NOTICE: This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message, including all attachments. Your cooperation is greatly appreciated.

### SUPPLEMENTAL AFFIDAVIT OF ETHAN McCOMB

I, Ethan McComb, declare under penalty of perjury under the laws of the State of Nebraska and the United States of America that the following is true and correct:

1.    I am over the age of eighteen (18) years. I have personal knowledge of the facts stated within this Affidavit. If called as a witness, I could and would competently testify to these facts.

2.    I am Corporate Counsel for COR Clearing LLC (now known as Axos Clearing LLC) ("Axos Clearing"). Axos Clearing is a full service clearing firm that provides a brokerage and clearing platform to its broker-dealer and registered investment advisor correspondents. Among the correspondents for which Axos Clearing performs securities clearing services is Spartan Securities Group, Ltd. ("Spartan"), a broker/dealer registered with the Financial Industry Regulatory Authority.

3.    I previously signed an affidavit dated March 15, 2019, in support of Axos Clearing's Amended Expedited, Verified *Ex Parte* Motion for Prejudgment Writ of Garnishment and Attachment. For the convenience of the court, a copy of that previous affidavit is attached hereto as Ex. A. That affidavit states facts within my personal knowledge proving the grounds for the issuance of the writ, namely, that (a) Scott Reynolds, a principal of Spartan, executed a binding settlement agreement with Axos Clearing on March 8, 2019, (b) Mr. Reynolds failed to pay the $7.5 million due pursuant to the plain terms of that agreement, (c) Axos Clearing has reason to believe that absent such a court order Mr. Reynolds will abscond with, secret or dispose of the property (the assets within his T.D. Ameritrade account) before judgment can be obtained and (d) Axos Clearing has not sought such an order for the purpose of injuring the Defendants or the garnishee, T.D. Ameritrade.

4.    I have read Defendant's "Emergency Motion," including the Affidavit of Scott Reynolds. Mr. Reynolds states in paragraph 18 that he "initiated a $7.5 million wire transfer to

SMRH:489961509.1    -1-    Axos Clearing v. Scott Reynolds
Case No. 1:19-cv-20979

**EXHIBIT** 6

COR Clearing" and then "the wire transfers were cancelled." Mr. Reynolds never communicated to Axos Clearing that he instructed T.D. Ameritrade to cancel the requested transfer.

5.      As of March 8, 2019, I was concerned regarding the status of the transfer because Spartan advised us that Reynolds had possibly committed fraud by making fake entries into their trading software and that Spartan had been talking to the FBI about this and the trading loss. Also, as detailed in my prior attached affidavit, T.D. Ameritrade's counsel advised me on March 7, 2019 (and subsequently) that Mr. Reynolds had attempted several times to remove funds from the account after agreeing to pledge the assets in the account pending a resolution of the dispute.

6.      In Axos Clearing's email communications with T.D. Ameritrade from March 8 through March 11, 2019, we and representatives of Axos Financial, our ultimate parent, made it clear that Axos Clearing was not requesting that T.D. Ameritrade do anything to prevent Mr. Reynolds from effecting the transfer. To the contrary, the email string attached hereto as Ex. B proves that Axos Clearing expected Mr. Reynolds to be able to liquidate positions in order to pay the $7.5 million owed. T.D. Ameritrade's representatives communicated to Axos Clearing in those emails that Mr. Reynolds at first mentioned wanting to liquidate positions in order to generate proceeds to pay us the $7.5 million, but then refused to do so. There was no mention whatsoever of Axos Clearing somehow impairing Mr. Reynolds's ability to transfer the funds to us. T.D. Ameritrade's comments to me that Mr. Reynolds was attempting to transfer funds from the account heightened my concern that no outgoing fund transfers should occur until Axos Clearing was first paid. The fact that Mr. Reynolds is a sophisticated and experienced broker that had apparently been engaged in making fake trade entries, and had refused to follow through on oral promises to pay sums to Spartan and Axos Clearing on March 7, 2019, and execute a pledge agreement for the benefit of Axos Clearing, made me concerned that he would move his assets elsewhere beyond the reach of Axos Clearing if given the opportunity.

7.      I spoke with counsel for T.D. Ameritrade again on Wednesday, March 13, 2019. T.D. Ameritrade informed me that Reynolds, through counsel, was demanding that the freeze be

lifted from the Pledged Account so that he could remove the funds. Counsel stated that absent a court order she could not guarantee the funds would continue to be held.

8.    Axos Clearing has been unable to ascertain any other intangible property located in the State of Florida and in Miami-Dade, Broward or Palm Beach County on which a levy can be made sufficient to satisfy Axos Clearing's claims.

9.    Upon information and belief, Axos Clearing's understanding remains Defendants' only tangible asset located in this District is a residential home located at 40 West San Marino Drive, Miami Beach, Florida 33139, which is encumbered by a $6,500,000.00 mortgage with a 2018 Miami-Dade Property Appraiser assessed value of $4,371,791.00, and which is partially subject to Florida's Homestead Exemption.

10.    Based on the aforementioned conduct of Reynolds and his entity, SRR Fortress, LLC, Axos Clearing still believes that they will not have in their possession, after execution is issued, tangible or intangible property in this State and in Miami-Dade, Broward, or Palm Beach County on which a levy can be made sufficient to satisfy Axos Clearing's claim for over $7,500,000.00.

11.    The garnishment is not sought to injure either Defendants or Garnishee T.D. Ameritrade, but instead to secure the payments and obligations of Reynolds and SRR Fortress, LLC made in the March 8, 2019 settlement agreement.

By: _____
Ethan McComb
April 1, 2019

*NOTARY ACKNOWLEDGMENT*

STATE OF ILLINOIS            )
                             )
Cook County                  )


On  O4-01-2019  , before me, the undersigned, a notary public for the State of

___Illinois___ , personally appeared __James Ethan McComb__ , personally known

to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is

subscribed to this instrument, and acknowledged by me that he executed this instrument in his

authorized capacity, and that by his signature on the instrument the person, or the entity on

behalf of which the person acted, executed the instrument.


WITNESS my hand and official seal.


NOTARY SEAL

DANIEL STUELPNAGEL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 23, 2023

_____
Notary Public

My Commission Expires: O2-23-2023