**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---------------------------------------- X

AXOS CLEARING LLC,

        Plaintiff,

    v.

SCOTT REYNOLDS, an individual; SRR Fortress Capital, LLC, a Florida limited liability company

        Defendants.

---------------------------------------- X

Index No. 1:19-cv-20979-KMM

**DECLARATION OF ADAM C. FORD**

Adam C. Ford, Esq., pursuant to 28 U.S.C. §1746 declares the following subject to penalties of perjury:

1. I am a principal of the law firm of Ford O' Brien, LLP, attorneys of record for Defendant Scott Reynolds.

2. I have personal knowledge of the matters set forth below, and the exhibits annexed hereto are true and correct copies of the documents described.

3. I submit this declaration in support of the Defendant's Motion to Compel Arbitration or Dismiss the Complaint and to place before the Court true and correct copies of certain documents and stenographically recorded sworn testimony.

4. Attached as Exhibit 1 is a true and correct copy of the executed clearing agreement between Spartan and COR Clearing dated April 8, 2013.

5. Attached as Exhibit 2 is a true and correct copy of the March 28, 2019 Affidavit of Scott Reynolds filed with this court in connection with his motion to vacate the improperly obtained writs of garnishment and attachment.

6. Attached as Exhibit 3 is a true and correct copy of the unsigned and unenforceable Temporary Pledge and Security Agreement.

7.  Attached as Exhibit 4 is a true and correct copy of the Hearing Transcript from the April 4, 2019 Hearing.

8.  Attached as Exhibit 5 is a true and correct copy of the Statement of Claims Spartan Securities Group, Ltd. filed with FINRA on April 3, 2019.

9.  Attached as Exhibit 6 is a true and correct copies of the Affidavits of Axos Clearing in-house Counsel Ethan McComb filed with this court in connection with the April 4, 2019 Hearing and admitted into evidence therein.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 27, 2019

_____
Adam C. Ford, Esq.