UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CV-20979-RAR

AXOS CLEARING LLC,

    Plaintiff,

v.

SCOTT REYNOLDS, an individual; and
SRR FORTRESS CAPITAL, LLC,
a Florida limited liability company

    Defendants.
_____/

**PLAINTIFF AXOS CLEARING LLC'S MOTION TO STRIKE "DEFENDANTS' MOTION TO ENLARGE THEIR MOTION TO COMPEL ARBITRATION OR DISMISS RECORD TO INCLUDE REYNOLDS ANSWER (*etc.*)" (ECF No. 86)**

INTRODUCTION

Plaintiff Axos Clearing LLC, f/k/a COR Clearing LLC ("Axos"), moves to strike Defendants Scott Reynolds' ("Reynolds") and SRR Fortress Capital's ("SRR") (collectively, "Defendants") *Motion to Enlarge Their Motion to Compel Arbitration or Dismiss Record to Include Reynolds' Answer in Ongoing Mandatory FINRA Arbitration Between Reynolds, Spartan, and Axos Clearing* ("*Motion to Enlarge*"; ECF No. 86), which is four pages of additional argument on Defendants' fully-briefed motion to compel or dismiss plus another 263 pages of claimed documentary support. *See generally Motion to Enlarge.* In other words, it is an improper sur-reply barred by the Local Rules. *See* S.D. Fla. L.R. 7.1(c) ("No further or additional memoranda of law shall be filed without prior leave of Court.").

Notably, when Axos filed a Case Management Conference Statement (ECF No. 78) in advance of the hearing held just a week before Defendants filed the *Motion to Enlarge*,

Defendants immediately moved to strike it, *see* ECF No. 79, and the Court – via paperless docket entry – immediately struck Axos filing, *see* ECF No. 80. The Court should do no less here.

In the event the Court choses not to strike the *Motion to Enlarge*, Axos respectfully requests leave to file a response to the *Motion to Enlarge* by no later than July 8, 2019.

### ARGUMENT

Defendants filed their *Motion to Compel Arbitration or Dismiss the Complaint* (ECF No. 65) on May 27, 2019. Axos filed its opposition (ECF No. 77) on June 10, 2019. Defendants filed their reply (ECF No. 85) on June 17, 2019. The motion is fully briefed; however, through the *Motion to Enlarge*, Defendants further argue "their" entitlement to arbitration, use a never-before-presented purported text screenshot, and attach another 263 pages of documents which Defendants contend make their claims "**supported by documentary evidence**" – but which, of course, largely consists of documents Defendants have refused to produce in response to properly-served discovery requests. *See Motion to Enlarge* at ¶¶ 4-5 (all emphasis in original).

Not only is this a blatant violation of Local Rule 7.1(c), Defendant SRR is not a party to the Axos Clearing-Spartan clearing agreement containing the arbitration provision upon which Defendants' arbitration demand is based. In addition, the arbitration answer and third-party claim Defendants want to "enlarge the record" to include does not make SRR a party to the FINRA arbitration. *See* ECF No. 86-1 at 1. At this time, it is unknown whether FINRA will even assert jurisdiction over SRR – a topic that will require further briefing by Axos.

### CONCLUSION

For the foregoing reasons, the Court should strike Defendants' *Motion to Enlarge* or, at minimum, grant Axos leave to file an appropriate response to Defendants' massive – and massively improper – sur-reply filing by or before July 8, 2019.

| | |
|---|---|
| Date: June 23, 2019 | Respectfully submitted, |

| | |
|---|---|
| /s/ *Andre J. Cronthall* | /s/ *Christopher S. Carver* |
| Polly Towill | Jason S. Oletsky |
| Cal. Bar. No. 120420 | Fla. Bar. No. 009301 |
| *Admitted Pro Hac Vice* | jason.oletsky@akerman.com |
| ptowill@sheppardmullin.com | Christopher S. Carver |
| Andre J. Cronthall | Fla. Bar No. 993580 |
| Cal. Bar No. 117088 | christopher.carver@akerman.com |
| *Admitted Pro Hac Vice* | Trevor C. Jones |
| acronthall@sheppardmullin.com | Fla. Bar. No. 092793 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | trevor.jones@akerman.com |
| | AKERMAN LLP |
| 333 South Hope Street, 43rd Floor | 350 E. Las Olas Blvd., Ste. 1600 |
| Los Angeles, CA 90071 | Fort Lauderdale, Florida 33301 |
| Telephone: (213) 620-1780 | Telephone: (954) 463-2700 |
| Facsimile: (213) 620-1398 | Facsimile: (954) 463-2224 |
| | |
| *Attorneys for Plaintiff Axos Clearing LLC* | *Attorneys for Plaintiff Axos Clearing LLC* |