UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-20979-RAR

**AXOS CLEARING**, LLC,

    Plaintiff,

v.

**SCOTT REYNOLDS, an individual;**
**and SRR FORTRESS CAPITAL, LLC,**
**a Florida limited liability company**,

    Defendants.

_____/

**ORDER STRIKING NOTICE SCHEDULING MEDIATION**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On June 27, 2019, the parties filed a Joint Notice of Filing Proposed Order Setting Mediation, advising the Court that mediation in this matter is set to take place on November 7, 2019 [ECF No. 91]. This Court's Amended Scheduling Order, however, requires the parties to complete mediation and file a mediation report **by September 16, 2019** [ECF No. 84]. In addition, the parties are required to provide a specific address for the mediation. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Notice of Mediation **[ECF No. 91]** is **STRICKEN**. The parties shall jointly file a proposed order scheduling mediation in compliance with this Court's Amended Scheduling Order [ECF No. 84] by no later than **July 8, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of July, 2019.

_____
    **RODOLFO RUIZ**
    **UNITED STATES DISTRICT JUDGE**